# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Good River Farms, LP | § | |
| | § | CIVIL NO: |
| vs. | § | AU:17-CV-01117-RP |
| | § | |
| TXI Operations, LP, Martin Marietta Material | § | |
| Services Southwest, LLC, Martin Marietta | | |
| Materials, Inc. | | |

## ORDER  GRANTING MOTION AND RESETTING

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, September 20, 2021 at 9:00 AM**. The **final pretrial conference is reset to Thursday, September 9, 2021 at 1:30PM**

     IT IS SO ORDERED this 19th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE