IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GOOD RIVER FARMS, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-1117-RP |
| MARTIN MARIETTA MATERIALS, INC., and TXI OPERATIONS, LP, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the parties' agreed motion to continue the trial deadlines in this case due to the unavailability of key witnesses on the current trial date. (Mot., Dkt. 69). Trial is currently set for September 13, 2020 at 9:00 a.m. (Order, Dkt. 67). In light of the unavailability of witnesses to both parties on this date, the Court finds good cause to continue the trial setting.

Accordingly, the parties' agreed motion to continue the trial deadlines, (Dkt. 69), is **GRANTED**.

**IT IS ORDERED** that the trial and final pretrial conference dates are **VACATED**. The trial date and final pretrial conference will be reset at a later date.

**SIGNED** on August 18, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE