FILED
October 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Julie Golden
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GOOD RIVER FARMS, LP, | § |
| *Plaintiff,* | § |
| vs. | § NO. 1:17-cv-01117 |
| MARTIN MARIETTA MATERIALS, INC.; and TXI OPERATIONS, LP, | § |
| *Defendants.* | § |

**ORDER ON AGREED MOTION FOR CONTINUANCE OF TRIAL DEADLINES**

After considering the Agreed Motion for Continuance of Trial Deadlines, the Court:

FINDS that the Parties are agreeable to the motion and that there is good cause to grant a continuance of the trial deadlines in this cause.

Therefore, the Court GRANTS the Agreed Motion for Continuance of Trial Deadlines.

The Court further ORDERS that the final pretrial conference shall be set at 9:00 a.m. on December 17, 2021, and that jury trial will commence at 9:00 a.m. on January 10, 2022.

SIGNED on October 13, 2021.

HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE