UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Good River Farms, LP § | |
| § | CIVIL NO: |
| vs. § | AU:17-CV-01117-RP |
| § | |
| TXI Operations, LP, Martin Marietta Material § | |
| Services Southwest, LLC, Martin Marietta | |
| Materials, Inc. | |

ORDER GRANTING MOTION AND CANCELLING JURY SELECTION AND TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, March 14, 2022 at 09:00 AM is hereby CANCELLED until further order of the court**.

    IT IS SO ORDERED this 3rd day of March, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE