# 353rd District Court

# Case Summary

## Case No. D-1-GN-17-006012

| | | | |
|---|---|---|---|
| **GOOD RIVER FARMS V MARTIN MARI** | § | Location: | **353rd District Court** |
| | § | Filed on: | **10/27/2017** |

## Case Information

**Statistical Closures**
11/28/2017   All Other Dispositions - CV

Case Type:   Damages Other
Case Status: **11/28/2017   Closed**

## Assignment Information

**Current Case Assignment**
Case Number   D-1-GN-17-006012
Court         353rd District Court
Date Assigned 10/27/2017

## Party Information

**Defendant**   **MARTIN MARIETTA MATERIAL SERVICES SOUTHWEST LLC**

**TXI OPERATIONS LP**                                        Kipp, Joshua
                                                             Dudley
                                                             *Retained*

## Case Events

10/27/2017

ORIGINAL PETITION/APPLICATION
   *PLAINTIFF?S ORIGINAL PETITION AND APPLICATION FOR PERMANENT INJUNCTION Event Code: 5050*

| | | |
|---|---|---|
| 10/27/2017 | NEW:ORIGINAL PETITION/APPL (OCA) | |
| | *Event Code: 4500* | |
| 10/30/2017 | ASM:GN CIVIL PETITION | |
| | *Event Code: 600 Adjmt Amount: 307.00* | |
| 10/30/2017 | ASM:CITATION ISSUE | |
| | *Event Code: 702 Adjmt Amount: 16.00* | |
| 11/14/2017 |  | |
| | RETURN OF SERVICE AFFIDAVIT | |
| | *Event Code: 4902* | |
| 11/14/2017 | RETURN OF SERVICE AFFIDAVIT | |
| | *Event Code: 4902* | |
| | Party:   Defendant TXI OPERATIONS LP | |

11/27/2017

ANSWER
   *TXI OPERATIONS LP'S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER Event Code: 5150*
   Party:   Defendant TXI OPERATIONS LP

11/27/2017

PLEADING
   *PLAINTIFF'S FIRST AMENDED PETITION AND APPLICATION FOR PERMA NENT INJUNCTION Event Code: 5054*

| | | |
|---|---|---|
| 11/28/2017 |  | |
| | ORD:NTC OF REMOVAL | |
| |    *NOTICE OF FILING NOTICE OF REMOVAL Event Code: 8222* | |
| 11/28/2017 | CVD:ALL OTHER DISPOSITIONS (OCA) | |
| | *Event Code: 4612* | |

12/01/2017     ASM:CITATION ISSUE
*Event Code: 702 Adjmt Amount: 8.00*

12/11/2017



RETURN OF SERVICE AFFIDAVIT
> *RETURN OF SERVICE AFFIDAVIT-MARTIN MARIETTA MATERIAL SERVICE S SOUTHWEST LLC Event Code: 4902*
> Party: Defendant MARTIN MARIETTA MATERIAL SERVICES SOUTHWEST LLC