

www.hglitigation.com
1-888-656-3376

Travis Phillips
Travis Phillips, Attorney at Law
507 W. 10th Street
Austin, TX 78701

# Invoice #684222

| Date | Terms |
|---|---|
| 10/16/2019 | Due on receipt |

Job #313098 on 09/24/2019

**Case:** Good River Farms, LP vs. Martin Marietta Materials, Inc. and TXI Operations, LP

### Description

Copy Transcript of Nancy Wimberly
Copy Transcript of Steve Wimberly
Copy Transcript of Turner Wimberly

| | |
|---|---|
| Amount Due: | $ 2,422.90 |
| Paid: | $ 0.00 |
| Balance Due: | $ 2,422.90 |
| Payment Due: | Upon Receipt |

We value you as a Partner and appreciate your business.

**HG Litigation can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 81-2777827
Please make checks payable to:
Diana Osberg Reporting Services, Inc.
2777 N Stemmons Freeway, Suite 1025
Dallas, Texas 75207
**Quick and Easy option to pay online: https://www.hglitigation.com/client_resources/pay-invoices-online

Happy to help answer any questions: billing@hglitigation.com.