**Veritext, LLC**
**Texas Region**

1601 Rio Grande Suite 443
Austin TX 78701
Tel. 817-336-3042 Fax. 512.345.1417
Fed. Tax ID: 20-3132569



| **Bill To:** | Travis J. Phillips | **Invoice #:** | TX3978530 |
|---|---|---|---|
| | Travis J. Phillips, Attorney at Law | **Invoice Date:** | 10/8/2019 |
| | 507 W. 10th. St. | **Balance Due:** | $872.84 |
| | Austin, TX, 78701 | | |

| **Case:** | Good River Farms, LP v. Martin Marietta Materials, Inc Et Al |
|---|---|
| **Job #:** | 3527744 | Job Date: 9/20/2019 | Delivery: Normal |
| **Billing Atty:** | Travis J. Phillips |
| **Location:** | |
| | 300 Baylor St. |
| | Austin, TX 78703 |
| **Sched Atty:** | Travis J. Phillips | Travis J. Phillips, Attorney at Law |

| Witness | Description | Amount |
|---|---|---|
| Jose Torres | Original with 1 Certified Transcript | $872.84 |
| **Notes:** | **Invoice Total:** | $872.84 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $872.84 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

193044

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **TX3978530** |
|---|---|
| **Job #:** | **3527744** |
| **Invoice Date:** | **10/8/2019** |
| **Balance:** | **$872.84** |