# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| GOOD RIVER FARM, LP, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 1:17-cv-01117-RP |
| MARTIN MARIETTA MATERIALS, INC. and TXI OPERATIONS, LP, | § § § § § | |
| *Defendants.* | § § | |

## AGREED MOTION TO STAY EXECUTION OF JUDGMENT

Defendants Martin Marietta Materials, Inc. and TXI Operations, LP, (collectively, "Defendants") and Plaintiff Good River Farm, LP ("Good River") have agreed to stay execution of the August 24, 2022 Order entering judgment in favor of Good River (Dkt. 137) until five (5) days after the Court issues a ruling on Defendants' Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for New Trial (Dkt. 140), filed on September 21, 2022 (the "Motion").

Pursuant to the mutual agreement reached between Defendants and Good River, the Parties respectfully request the Court stay execution of the judgment for the agreed upon timeframe while the Motion remains pending.

Respectfully submitted,

 /s/ Debrán L. O'Neil
**D. Lance Currie**
  Texas State Bar No. 24065106
  Email: lcurrie@ccsb.com
**Joshua D. Kipp**
  Texas State Bar No. 24078793
  Email: jkipp@ccsb.com
**Debrán L. O'Neil**
  Texas State Bar No. 24083497
  Email: doneil@ccsb.com
**CARRINGTON, COLEMAN,**
  **SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
214/855-3000 – Telephone
214/580-2641 – Facsimile

*Attorneys for Defendants Martin Marietta Materials, Inc. and TXI Operations*


*AGREED:*


 /s/  Travis J. Phillips
**Travis J. Phillips**
  Texas State Bar No. 24076622
  Email: Tphillips@phillipsattorney.com
  507 West 10th Street
  Austin, TX 78701

*Attorney for Plaintiff Good River Farm, LP*